IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD BROWN, ) | |
| ) | Case No. 8:04CV72 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| DOUGLAS COUNTY DEPARTMENT ) | |
| OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER came before the court for a Rule 16 planning conference. Robb N. Gage appeared for the plaintiff and Derek R. Vaughn appeared for the defendant. After reviewing the status of the case and by the agreement of counsel,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **July 11, 2005 at 11:00 a.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 28th day of April 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge