IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD BROWN, | |
| Plaintiff, | Case No. 8:04cv72 |
| vs. | **ORDER** |
| DOUGLAS COUNTY, et al., | |
| Defendants. | |

THIS MATTER came before the court for a Rule 16 planning conference. Robb N. Gage appeared for plaintiff. Derek Vaughn appeared for defendants Douglas County and Robert Houston. Travis O'Gorman appeared telephonically and represented defendants J. Brown, R. Moore, and T. Gensler. After reviewing the status of the case and by the agreement of counsel for the parties,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **Monday, September 12, 2005 at 2:30 p.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 11th day of July 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge